IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALEXANDER STROSS, § | |
| § | |
| V. § | A-18-CV-107-AWA |
| § | |
| DESIGN VISIONS OF AUSTIN II, PLLC, § | |
| and DOES 1-10 § | |

## FINAL JUDGMENT

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice (Dkt. No. 20), filed on February 28, 2019, and signed by all the parties. Pursuant to Federal Rule of Civil Procedure 41, the Parties have stipulated to the dismissal of all claims and causes of action that Plaintiff and Defendant have asserted in the above-styled cause of action, with prejudice to the refiling of those claims. Accordingly, the Court **HEREBY GRANTS** the Parties' Agreed Motion to Dismiss with Prejudice (Dkt. No. 20) with all parties bearing their own costs. The Court **ENTERS FINAL JUDGMENT** in this case, **DISMISSES** any pending motions as **MOOT** and orders the case to be **CLOSED**.

SIGNED this 5th day of March, 2019.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE